| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan E. Fairchild<br>Agent: William D. Misner | Telephone: (313) 226-9577<br>Telephone: (810) 989-5056 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>    v.<br>Milton DE LEON-HERNANDEZ<br>a/k/a Angel Milton ESPINOZA-HERNANDEZ | Case No. | 2:25-mj-30180<br>Judge: Unassigned,<br>Filed: 03-25-2025 At 12:47 PM<br>CMP USA V. MILTON DE LEON-HERNANDEZ (DA) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 21, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about March 21, 2025, in the Eastern District of Michigan, Milton DE LEON-HERNANDEZ, an alien from Guatemala was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about November 04 2022, at or near Sasabe, Arizona, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

William D. Misner, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: March 25, 2025

City and state: Detroit, Michigan

Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, William D. Misner, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since August 28, 2010. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Milton DE LEON-HERNANDEZ, which attests the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Milton DE LEON-HERNANDEZ is a forty-two-year-old native and citizen of Guatemala, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about July 14, 2005, DE LEON-HERNANDEZ was encountered by United States Border Patrol Agents near Laredo, Texas. During this encounter Angel Milton he used the alias name of Angel Milton ESPINOZA-VELASQUEZ, with DOB: XX/28/1984. Subject was processed as a Voluntary Return and returned to Mexico.

5. On or about May 16, 2014, DE LEON-HERNANDEZ was encountered by Detroit Police Department in Detroit, Michigan. He was charged with Operating Under the Influence. A warrant was requested for this offense.

6. On or about September 28, 2014, DE LEON-HERNANDEZ was encountered and arrested by CBP Buffalo, New York and was issued a Notice to Appear. DE LEON-HERNANDEZ was detained at the Buffalo Federal Detention Facility in Batavia, NY, pending removal and on October 3, 2014, he was released on bond.

7. On or about September 20, 2018, an Immigration Judge in Detroit, Michigan granted DE LEON HERNANDEZ a Voluntary Departure with the condition of a

$500.00 Voluntary Departure bond. DE LEON-HERNANDEZ reserved an appeal and paid the Voluntary Departure Bond.

8.  On or about December 23, 2020, DE LEON-HERNANDEZ was encountered by the Otsego County Sheriff's Department in Otsego, Michigan. He was charged with a traffic offense and a warrant was issued by the prosecutor.

9.  On or about April 01, 2021, DE LEON-HERNANDEZ was prosecuted by the Otsego County Prosecuting Attorney for Motor Vehicle-Operate Without Security (Misdemeanor), Failure to Report Accident (Misdemeanor), and Operating While Intoxicated (Misdemeanor).

10.  On or about April 27, 2021, the Board of Immigration Appeals affirmed the decision of the Immigration Judge and ordered DE LEON-HERNANDEZ to voluntarily depart the United States by June 26, 2021.

11.  On or about May 27, 2021, DE LEON-HERNANDEZ filed a Motion to Reopen his immigration case with the Board of Immigration Appeals. This motion automatically terminated the Voluntary Departure that was granted to DE LEON-HERNANDEZ and reverted to a Final Order dated June 27, 2021, the date he was originally ordered to leave the U.S. by the Immigration Judge.

12.  On June 03, 2021, DE LEON-HERNANDEZ was convicted in the 87A District Court of Michigan for Motor Vehicle, Operate without Security (misdemeanor), Failure to Report Accident (misdemeanor) and Operating Impaired (misdemeanor). He was sentenced to time served (2 months), 180 days' probation and a fine of $1,996.00.

13.  On or about May 21, 2022, DE LEON-HERNANDEZ was encountered by the Shelby Township Police Department in Shelby, Michigan and charged with Assault Excluding Sexual. Two days later the Macomb County Prosecuting Attorney filed charges for Domestic Violence (misdemeanor).

14.  On or about July 17, 2022, DE LEON-HERNANDEZ was encountered by the Roseville Police Department near Roseville, Michigan. He was charged with Operating While Intoxicated, Second Offense.

15.  On or about July 18, 2022, DE LEON-HERNANDEZ was encountered by ICE at the Macomb County Jail in Michigan. DE LEON-HERNANDEZ was processed as a Bag and Baggage. A "Bag and Baggage" return follows a formal

notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country.

16. On August 11, 2022, DE LEON-HERNANDEZ was removed from the United States to Guatemala via Alexandria, Louisiana.

17. On August 15, 2022, DE LEON-HERNANDEZ's charges of Domestic Violence from the May 23, 2022 arrest were dismissed in the 41A District Court, Sterling Heights, MI.

18. On or about September 20, 2022, a bench warrant was issued by the 39th District Court in Roseville, MI, stemming from his arrest by the Roseville Police Department on July 17, 2022. That warrant for Failure to Appear remains outstanding.

19. On or about September 28, 2022, DE LEON-HERNANDEZ was encountered by United States Border Patrol near Sasabe, Arizona and removed on the same day.

20. On November 4, 2022, DE LEON-HERNANDEZ was again encountered by United States Border Patrol near Sasabe, Arizona and removed on the same day.

21. On March 21, 2025, DE LEON-HERNANDEZ was encountered by United States Border Patrol near Shelby Township, Michigan, during a traffic stop of a vehicle. DE LEON-HERNANDEZ presented an expired Work Authorization Card and claimed he had permission to be in the United States. DE LEON-HERNANDEZ's Final Order of Removal was Reinstated.

22. Review of the alien file (A# xxx xxx 019) for DE LEON-HERNANDEZ, and queries in U.S. Border Patrol computer databases confirm no record exists of DE LEON-HERNANDEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on November 04, 2022.

23.     Based on the above information, I believe there is probable cause to conclude that Milton DE LEON-HERNANDEZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
William D. Misner, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge